THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POINTE EAST CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | CASE NO. C21-0615-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant Philadelphia Indemnity Insurance Company to respond to the complaint (Dkt. No. 7). Having considered the motion and the relevant record and finding good cause, the Court GRANTS the motion and EXTENDS Defendant Philadelphia Indemnity Insurance Company's deadline to respond to the complaint to July 9, 2021.

//

//

//

MINUTE ORDER
C21-0615-JCC
PAGE - 1

DATED this 1st day of July 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk