THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POINTE EAST CONDOMINIUM ASSOCIATION,<br><br>                  Plaintiff,<br>    v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, *et al.*,<br><br>                  Defendants. | CASE NO. C21-0615-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      The parties have filed a notice of settlement indicating they have negotiated a resolution to all claims in this action and will file a dismissal "[o]nce settlement is perfected." (Dkt. No. 15.) It is hereby ORDERED that within 60 days of the date of this order, the parties will file the appropriate dismissal stipulation or will show cause why this case should not be dismissed due to the settlement.

      DATED this 1st day of December 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk