THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POINTE EAST CONDOMINIUM ASSOCIATION,<br><br>Plaintiff,<br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C21-0615-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated motion to dismiss (Dkt. No. 17) is GRANTED. This case is DISMISSED with prejudice and without costs or fees to either party.

DATED this 18th day of January 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk